1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| IN RE SUBPOENA SERVED ON SCOT DE LORME | Misc. Case No. 8:20-mc-73-JLS-ADS<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |
|---|---|

11558-00004/714575.2

1 | The Court having considered the Joint Stipulation of the parties, and good
2 | cause appearing therein, hereby orders as follows:
3 |    1.   The action is dismissed without prejudice pursuant to Federal Rule of
4 | Civil Procedure 41(a)(1)(A)(ii);
5 |    2.   That all pending hearing dates are terminated; and
6 |    2.   Each party shall bear their own attorney's fees, expenses, and costs.
7 | IT IS SO ORDERED

Dated: November 17, 2020       Signed: /s/ Autumn D. Spaeth
                                       United States Magistrate Judge

11558-00004/714575.2

2

ORDER GRANTING DISMISSAL WITHOUT PREJUDICE